The application is denied. There appears no error of law in the judgment complained of.

203 So.2d 557

**Egsa Trahan GUIDRY et al.**

**v.**

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY et al.**

No. 48907.

Nov. 10, 1967.

The application is denied. There appears no error of law in the judgment complained of.

SANDERS, J., is of the opinion a writ should be granted. Since the divorce petition alleged agreement as to the custody of the children, the action of the court was tantamount to the approval of the agreement.

203 So.2d 558

**Herman BANKS**

**v.**

**ALMOND BROTHERS LUMBER & SUPPLY, INC., et al.**

No. 48901.

Nov. 10, 1967.

Writ refused. No error of law under the facts found by the Court of Appeal.